UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELIZABETH STAROMANA, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, a Business Entity, form unknown, UNKNOWN MORTGAGE BROKER, a Business Entity form unknown, SILVER STATE TITLE, a Business Entity, from unknown, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, a Business Entity,<br><br>          Defendants. | 2:10-CV-01743-PMP-GWF<br><br><u>ORDER</u> |

       Before the Court for consideration is Defendants' Motion for Judgment on the Pleadings (Doc. #16) filed April 26, 2011. Plaintiff has failed to respond to Defendants' Motion, and in accord with the Local Rules of Practice of this Court thereby consents to the granting of Defendants' Motion. Moreover, it appears from the Order to Show Cause (Doc. #17) issued by Magistrate Judge Foley on May 10, 2011, Plaintiff has also failed to attend a Status Conference regarding the discovery plan which was scheduled for May 10, 2011. Finally, a review of Defendants' Motion for Judgment on the Pleadings (Doc. #16) clearly demonstrates that Defendants are entitled to the relief requested on the merits of their motion.

1 **IT IS THEREFORE ORDERED that** Defendants' Motion for Judgment on the Pleadings (Doc. #16) is **GRANTED**, and Plaintiff's Complaint is hereby **DISMISSED**.

**IT IS FURTHER ORDERED that** the Clerk of Court shall enter judgment in favor of Defendants and against Plaintiff Elizabeth Staromana.

DATED:  May 16, 2011.

*[signature]*

PHILIP M. PRO
United States District Judge